HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOJO EJONGA,

        Plaintiff,

   v.

DANIEL T. SATTERBERG,

        Defendant.

CASE NO. C12-575RAJ

ORDER

     This matter comes before the court on the Report and Recommendation ("R&R) of United States Magistrate Judge James P. Donohue. Dkt. # 11. The R&R recommends that the court dismiss the case without prejudice because, among other things, Plaintiff improperly requests that the court intervene in ongoing state court criminal proceedings.

     In response to the R&R, Plaintiff filed a one-page "Order Dismissing Action." Dkt. # 12. The court construes that document as a motion for voluntary dismissal of the case. Because Rule 41(a)(1)(A)(i) gives a plaintiff an absolute right to dismiss an action before a defendant has answered or moved for summary judgment, the court dismisses this action.

     In the event that the court has misinterpreted Plaintiff's one-page submission, the court holds in the alternative that it would have adopted the R&R and followed the recommendation to dismiss this case without prejudice.

ORDER – 1

Accordingly, the court acknowledges Plaintiff's voluntarily dismissal of this case and directs the clerk to DISMISS this case without prejudice. The clerk shall give notice of this order to Judge Donohue.

DATED this 16th day of July, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2